AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| SHEENA CARECTOR<br>*Plaintiff*<br>v.<br>TARIN MILLER<br>*Defendant* | )<br>)<br>) Civil Action No.  1:14-cv-03004-SAB<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* TARIN MILLER recover costs from the plaintiff *(name)* SHEENA CARECTOR .

☐ other:


This action was *(check one)*:

☑ tried by a jury with Judge  Stanley A. Bastian  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for


Date:  June 25, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Laurie McClure
*(By) Deputy Clerk*

Laurie McClure